UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

Milanka Cvorak

Debtor(s)

)
) Case No. 15-32834
) Chapter 7
)
)

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re: Reaffirmation Agreement, Amended schedules I, C, D, H and
    Amended Statement of Financial Affairs
(Specify Document)

I (We), **Milanka Cvorak** and ___, the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the **above referenced** being filed simultaneously with this Declaration and that the information therein is true and correct.

**Milanka Cvorak**
Printed or Typed Name of Debtor or Other Person

*[signature]*
Signature of Debtor or Other Person

10-26-15
Date

_____
Printed or Typed Name of Joint Debtor

_____
Signature of Joint Debtor

_____
Date