IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

MILANKA CVORAK,   No. 15-32834

Debtor(s)

## MOTION TO VOLUNTARY DISMISS

NOW COMES the Debtor, **MILANKA CVORAK**, pro se, and for her **MOTION TO VOLUNTARY DISMISS**, says as follows:

1. That a debtor filed Chapter 7 bankruptcy on September 25, 2015.
2. That debtor is married and her husband does not wish to be involved or file bankruptcy, and has clean credit history, and payment of all debts and assets.
3. That debtor does not wish to upset the marital home, and will be seeking other remedies to cure her financial issues and not involve her husband's good name, income or assets..

WHEREFORE, Debtor, **MILANKA CVORAK**, prays that the Chapter 7 bankruptcy be voluntarily dismissed.

_/s/ Milanka Cvorak_
**MILANKA CVORAK**

That the Debtor attests and confirms that the above information is true and correct.

_/s/ Milanka Cvorak_
**MILANKA CVORAK**

**MILANKA CVORAK**
Pro Se
1044 E. Kenilworth Ave.
Lombard, IL  60148-3146
630-495-5106