# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: CVORAK, MILANKA | § Case No. 15-32834-JSB |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 25, 2015. The undersigned trustee was appointed on September 25, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $          50,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 17.32 |
   | Bank service fees | 167.53 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]      $ | 49,815.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/19/2016 and the deadline for filing governmental claims was 03/23/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,750.00, for a total compensation of $5,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $7.60, for total expenses of $7.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/11/2017          By: /s/David R. Brown
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-32834-JSB  
**Case Name:** CVORAK, MILANKA  

**Period Ending:** 04/11/17

**Trustee:** (330580)   David R. Brown  
**Filed (f) or Converted (c):** 09/25/15 (f)  
**§341(a) Meeting Date:** 10/20/15  
**Claims Bar Date:** 02/19/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   50 cash | 50.00 | 0.00 | | 0.00 | FA |
| 2   household goods and furnishings | 155.00 | 0.00 | | 0.00 | FA |
| 3   clothes | 120.00 | 0.00 | | 0.00 | FA |
| 4   1044 E. Kenilworth, Lombard, IL 60148  (u)  Property listed on Amended Schedule C (and mortgage creditor listed on Amended Schedule D) | 110,500.00 | 50,000.00 | | 50,000.00 | FA |
| 4   Assets    Totals (Excluding unknown values) | **$110,825.00** | **$50,000.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case converted to Chapter 13 on 5/20/16 and reconverted to Chapter 7 on 9/2/16. Trustee is trying to sell residence through adversary proceeding to sell free and clear of interest of co-owner. Order entered 9/30/16 compelling Debtor to provide Trustee and realtor access to real estate.

**Initial Projected Date Of Final Report (TFR):**    August 1, 2017        **Current Projected Date Of Final Report (TFR):**    March 31, 2017  (Actual)

Printed: 04/11/2017 09:57 AM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-32834-JSB | | Trustee: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | CVORAK, MILANKA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8666 - Checking Account |
| Taxpayer ID #: | **-***9466 | | Blanket Bond: | $77,173,558.00  (per case limit) |
| Period Ending: | 04/11/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/16 | {4} | Lazar and Milanka Cvorak | West Suburban Bank | 1210-000 | 50,000.00 | | 50,000.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.90 | 49,976.10 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.66 | 49,899.44 |
| 02/02/17 | 101 | International Sureties, Ltd. | bond # 016073584 | 2300-000 | | 17.32 | 49,882.12 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.97 | 49,815.15 |
| | | | ACCOUNT TOTALS | | 50,000.00 | 184.85 | $49,815.15 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 50,000.00 | 184.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $50,000.00 | $184.85 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8666 | 50,000.00 | 184.85 | 49,815.15 |
| | $50,000.00 | $184.85 | $49,815.15 |

{} Asset reference(s)

Printed: 04/11/2017 09:57 AM    V.13.30

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 19, 2016

**Case Number:** 15-32834-JSB  
**Debtor Name:** CVORAK, MILANKA

Page: 1

**Date:** April 11, 2017  
**Time:** 09:57:52 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David R. Brown<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $5,750.00 | $0.00 | 5,750.00 |
| 200 | David R. Brown<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $7.60 | $0.00 | 7.60 |
| 200 | Clerk of the Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | adversary filing fee 16-00009 | $350.00 | $0.00 | 350.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | First fee application after conversion to Ch. 13; order entered 8/5/16 for $4,256.50. | $9,653.50 | $0.00 | 9,653.50 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $28.97 | $0.00 | 28.97 |
| 13<br>100 | WEST SUBURBAN BANK<br>c/o Gina B. Krol,Cohen & Krol,105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Secured | Order entered 3/10/17 secured value as to estate is $0 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Account #1158 Dress Barn | $1,222.14 | $0.00 | 1,222.14 |
| 2<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Account #6110 Express | $1,032.69 | $0.00 | 1,032.69 |
| 3<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Account #8049 Carsons | $1,222.90 | $0.00 | 1,222.90 |
| 4<br>610 | Von Maur, Inc.<br>6565 Brady Street<br>Davenport, IA 52806 | Unsecured | | $3,696.98 | $0.00 | 3,696.98 |
| 5<br>610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Account #0538 | $1,802.74 | $0.00 | 1,802.74 |
| 6<br>610 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | fingerhut freshstart | $149.21 | $0.00 | 149.21 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 19, 2016

**Case Number:** 15-32834-JSB  
**Debtor Name:** CVORAK, MILANKA

Page: 2

**Date:** April 11, 2017  
**Time:** 09:57:52 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 7 / 610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | Account #6318 | $5,285.17 | $0.00 | 5,285.17 |
| 8 / 610 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured | Account #5061 Macys | $3,565.67 | $0.00 | 3,565.67 |
| 9 / 610 | Capital Recovery V, LLC<br>Recovery Management Systems Corp<br>P O Box 12931<br>Norfolk, VA 23541 | Unsecured | Account #9478 Sam's Club | $12,786.03 | $0.00 | 12,786.03 |
| 10 / 610 | Capital Recovery V, LLC<br>Recovery Management Systems Corp<br>P O Box 12931<br>Norfolk, VA 23541 | Unsecured | Account #1490 Walmart | $1,516.31 | $0.00 | 1,516.31 |
| 11 / 610 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0788 | Unsecured | Claim withdrawn 6/1/16 | $0.00 | $0.00 | 0.00 |
| 12 / 610 | Portfolio Recovery Associates, LLC<br>Successor to US Bank<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | Account #2902 Elan | $4,600.00 | $0.00 | 4,600.00 |
| 14 / 620 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Account #0538 Kohls; duplicate of claim 5, WITHDRAWN 3/6/17 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 52,669.91 | 0.00 | 52,669.91 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-32834-JSB
Case Name: CVORAK, MILANKA
Trustee Name: David R. Brown

**Balance on hand:**    $    49,815.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | WEST SUBURBAN BANK | 62,093.41 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    49,815.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 5,750.00 | 0.00 | 5,750.00 |
| Trustee, Expenses - David R. Brown | 7.60 | 0.00 | 7.60 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 9,653.50 | 0.00 | 9,653.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 28.97 | 0.00 | 28.97 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses:    $    15,790.07
Remaining balance:    $    34,025.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    34,025.08

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 34,025.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,879.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 92.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 1,222.14 | 0.00 | 1,127.54 |
| 2 | Quantum3 Group LLC as agent for | 1,032.69 | 0.00 | 952.75 |
| 3 | Quantum3 Group LLC as agent for | 1,222.90 | 0.00 | 1,128.24 |
| 4 | Von Maur, Inc. | 3,696.98 | 0.00 | 3,410.81 |
| 5 | Capital One, N.A. | 1,802.74 | 0.00 | 1,663.19 |
| 6 | Quantum3 Group LLC as agent for | 149.21 | 0.00 | 137.66 |
| 7 | Citibank, N.A. | 5,285.17 | 0.00 | 4,876.06 |
| 8 | Department Store National Bank | 3,565.67 | 0.00 | 3,289.66 |
| 9 | Capital Recovery V, LLC | 12,786.03 | 0.00 | 11,796.30 |
| 10 | Capital Recovery V, LLC | 1,516.31 | 0.00 | 1,398.94 |
| 11 | Citibank, N.A. | 0.00 | 0.00 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 4,600.00 | 0.00 | 4,243.93 |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 34,025.08 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Capital One, N.A. | 0.00 | 0.00 | 0.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**