UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MILANKA CVORAK,** | ) | Bankruptcy No. 15-32834 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Dennis Sbertoli
PO Box 1482
LaGrange Park, IL  60526

WEST SUBURBAN BANK
c/o Gina B. Krol, Cohen & Krol
105 W. Madison St., Ste. 1100
Chicago, IL 60602

**VIA REGULAR MAIL**

CVORAK, MILANKA
1044 E. KENILWORTH AVE
LOMBARD, IL 60148

Quantum3 Group LLC as agent
for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Von Maur, Inc.
6565 Brady Street
Davenport, IA 52806

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Quantum3 Group LLC as agent
for Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK 73124-8840

Department Store National
Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Capital Recovery V, LLC
Recovery Management Systems
Corp
P O Box 12931
Norfolk, VA 23541

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0788

Portfolio Recovery Associates,
LLC
Successor to US Bank
POB 41067
Norfolk, VA 23541

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000