**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: CVORAK, MILANKA　　　　　　　　　§　Case No. 15-32834
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　　David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $325.00 | Assets Exempt: | $15,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $34,025.08 | Claims Discharged Without Payment: | $30,999.53 |
| Total Expenses of Administration: | $15,974.92 | | |

　　　　　3) Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $67,000.00 | $62,093.41 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $15,974.92 | $15,974.92 | $15,974.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $28,144.77 | $36,879.84 | $36,879.84 | $34,025.08 |
| **TOTAL DISBURSEMENTS** | $95,144.77 | $114,948.17 | $52,854.76 | $50,000.00 |

4) This case was originally filed under chapter 7 on 09/25/2015. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   07/07/2017           By: /s/ David R. Brown
                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1044 E. Kenilworth, Lombard, IL 60148 | 1210-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | WEST SUBURBAN BANK | 4110-000 | $0.00 | $62,093.41 | $0.00 | $0.00 |
| N/F | null | 4110-000 | $67,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$67,000.00** | **$62,093.41** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $5,750.00 | $5,750.00 | $5,750.00 |
| Trustee, Expenses - David R. Brown | 2200-000 | NA | $7.60 | $7.60 | $7.60 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $9,653.50 | $9,653.50 | $9,653.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 3120-000 | NA | $28.97 | $28.97 | $28.97 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $17.32 | $17.32 | $17.32 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $167.53 | $167.53 | $167.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$15,974.92** | **$15,974.92** | **$15,974.92** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $1,222.14 | $1,222.14 | $1,127.54 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $1,032.69 | $1,032.69 | $952.75 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $1,222.90 | $1,222.90 | $1,128.24 |
| 4 | Von Maur, Inc. | 7100-000 | $0.00 | $3,696.98 | $3,696.98 | $3,410.81 |
| 5 | Capital One, N.A. | 7100-000 | $0.00 | $1,802.74 | $1,802.74 | $1,663.20 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $149.21 | $149.21 | $137.66 |
| 7 | Citibank, N.A. | 7100-000 | $0.00 | $5,285.17 | $5,285.17 | $4,876.06 |
| 8 | Department Store National Bank | 7100-000 | $0.00 | $3,565.67 | $3,565.67 | $3,289.66 |
| 9 | Capital Recovery V, LLC | 7100-000 | $0.00 | $12,786.03 | $12,786.03 | $11,796.30 |
| 10 | Capital Recovery V, LLC | 7100-000 | $0.00 | $1,516.31 | $1,516.31 | $1,398.94 |
| 11 | Citibank, N.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $4,600.00 | $4,600.00 | $4,243.92 |
| 14 | Capital One, N.A. | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Carsons | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Dressbarn | 7100-000 | $814.00 | NA | NA | NA |
| N/F | Express | 7100-000 | $836.00 | NA | NA | NA |
| N/F | Fingerhut | 7100-000 | $125.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Home Depot Processing Center | 7100-000 | $8,234.00 | NA | NA | NA |
| N/F | Kohls | 7100-000 | $1,542.68 | NA | NA | NA |
| N/F | Macys/American Express | 7100-000 | $6,104.10 | NA | NA | NA |
| N/F | Sam's Club | 7100-000 | $40.00 | NA | NA | NA |
| N/F | Sears | 7100-000 | $5,500.00 | NA | NA | NA |
| N/F | U.S. Bank Ace Rewards | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Von Maur | 7100-000 | $2,546.00 | NA | NA | NA |
| N/F | Walmart | 7100-000 | $1,302.99 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$28,144.77** | **$36,879.84** | **$36,879.84** | **$34,025.08** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 15-32834 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | CVORAK, MILANKA | Date Filed (f) or Converted (c): | 09/25/2015 (f) |
| | | § 341(a) Meeting Date: | 10/20/2015 |
| For Period Ending: | 07/07/2017 | Claims Bar Date: | 02/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   50 cash | 50.00 | 0.00 | | 0.00 | FA |
| 2   household goods and furnishings | 155.00 | 0.00 | | 0.00 | FA |
| 3   clothes | 120.00 | 0.00 | | 0.00 | FA |
| 4   1044 E. Kenilworth, Lombard, IL 60148 (u)  Property listed on Amended Schedule C (and mortgage creditor listed on Amended Schedule D) | 110,500.00 | 35,000.00 | | 50,000.00 | FA |
| 4   Assets   Totals   (Excluding unknown values) | **$110,825.00** | **$35,000.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   08/01/2017     Current Projected Date Of Final Report (TFR):   03/31/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | | | Form 2 | | | Page: 1 |
| | | | Cash Receipts And Disbursements Record | | | |

| Case No.: | 15-32834 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | CVORAK, MILANKA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/2016 | {4} | Lazar and Milanka Cvorak | West Suburban Bank | 1210-000 | 50,000.00 | | 50,000.00 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.90 | 49,976.10 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.66 | 49,899.44 |
| 02/02/2017 | 101 | International Sureties, Ltd. | bond # 016073584 | 2300-000 | | 17.32 | 49,882.12 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.97 | 49,815.15 |
| 05/18/2017 | 102 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 Voided on 05/18/2017 | 2700-004 | | 350.00 | 49,465.15 |
| 05/18/2017 | 102 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 Voided: check issued on 05/18/2017 | 2700-004 | | -350.00 | 49,815.15 |
| 05/18/2017 | 103 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $5,750.00; Claim # FEE; Filed: $5,750.00 Voided on 05/18/2017 | 2100-004 | | 5,750.00 | 44,065.15 |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-32834 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | CVORAK, MILANKA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 103 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $5,750.00; Claim # FEE; Filed: $5,750.00 Voided: check issued on 05/18/2017 | 2100-004 | | -5,750.00 | 49,815.15 |
| 05/18/2017 | 104 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $28.97; Claim # AE; Filed: $28.97 Voided on 05/18/2017 | 3120-004 | | 28.97 | 49,786.18 |
| 05/18/2017 | 104 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $28.97; Claim # AE; Filed: $28.97 Voided: check issued on 05/18/2017 | 3120-004 | | -28.97 | 49,815.15 |
| 05/18/2017 | 105 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $9,653.50; Claim # ; Filed: $9,653.50 Voided on 05/18/2017 | 3110-004 | | 9,653.50 | 40,161.65 |
| 05/18/2017 | 105 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $9,653.50; Claim # ; Filed: $9,653.50 Voided: check issued on 05/18/2017 | 3110-004 | | -9,653.50 | 49,815.15 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-32834 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | CVORAK, MILANKA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 106 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $7.60; Claim # TE; Filed: $7.60 Voided on 05/18/2017 | 2200-004 | | 7.60 | 49,807.55 |
| 05/18/2017 | 106 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $7.60; Claim # TE; Filed: $7.60 Voided: check issued on 05/18/2017 | 2200-004 | | -7.60 | 49,815.15 |
| 05/18/2017 | 107 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $1,222.14; Claim # 1; Filed: $1,222.14 Voided on 05/18/2017 | 7100-004 | | 1,127.54 | 48,687.61 |
| 05/18/2017 | 107 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $1,222.14; Claim # 1; Filed: $1,222.14 Voided: check issued on 05/18/2017 | 7100-004 | | -1,127.54 | 49,815.15 |
| 05/18/2017 | 108 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $1,032.69; Claim # 2; Filed: $1,032.69 Voided on 05/18/2017 | 7100-004 | | 952.75 | 48,862.40 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-32834 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | CVORAK, MILANKA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 108 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $1,032.69; Claim # 2; Filed: $1,032.69 Voided: check issued on 05/18/2017 | 7100-004 |  | -952.75 | 49,815.15 |
| 05/18/2017 | 109 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $1,222.90; Claim # 3; Filed: $1,222.90 Voided on 05/18/2017 | 7100-004 |  | 1,128.24 | 48,686.91 |
| 05/18/2017 | 109 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $1,222.90; Claim # 3; Filed: $1,222.90 Voided: check issued on 05/18/2017 | 7100-004 |  | -1,128.24 | 49,815.15 |
| 05/18/2017 | 110 | Von Maur, Inc. | Distribution payment - Dividend paid at 92.26% of $3,696.98; Claim # 4; Filed: $3,696.98 Voided on 05/18/2017 | 7100-004 |  | 3,410.81 | 46,404.34 |
| 05/18/2017 | 110 | Von Maur, Inc. | Distribution payment - Dividend paid at 92.26% of $3,696.98; Claim # 4; Filed: $3,696.98 Voided: check issued on 05/18/2017 | 7100-004 |  | -3,410.81 | 49,815.15 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-32834 | | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- | --- |
| Case Name: | CVORAK, MILANKA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | | Blanket Bond (per case limit): | $77,173,558.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 111 | Capital One, N.A. | Distribution payment - Dividend paid at 92.26% of $1,802.74; Claim # 5; Filed: $1,802.74 Voided on 05/18/2017 | 7100-004 | | 1,663.19 | 48,151.96 |
| 05/18/2017 | 111 | Capital One, N.A. | Distribution payment - Dividend paid at 92.26% of $1,802.74; Claim # 5; Filed: $1,802.74 Voided: check issued on 05/18/2017 | 7100-004 | | -1,663.19 | 49,815.15 |
| 05/18/2017 | 112 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $149.21; Claim # 6; Filed: $149.21 Voided on 05/18/2017 | 7100-004 | | 137.66 | 49,677.49 |
| 05/18/2017 | 112 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $149.21; Claim # 6; Filed: $149.21 Voided: check issued on 05/18/2017 | 7100-004 | | -137.66 | 49,815.15 |
| 05/18/2017 | 113 | Citibank, N.A. | Distribution payment - Dividend paid at 92.26% of $5,285.17; Claim # 7; Filed: $5,285.17 Voided on 05/18/2017 | 7100-004 | | 4,876.06 | 44,939.09 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-32834 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | CVORAK, MILANKA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 113 | Citibank, N.A. | Distribution payment - Dividend paid at 92.26% of $5,285.17; Claim # 7; Filed: $5,285.17 Voided: check issued on 05/18/2017 | 7100-004 | | -4,876.06 | 49,815.15 |
| 05/18/2017 | 114 | Department Store National Bank | Distribution payment - Dividend paid at 92.26% of $3,565.67; Claim # 8; Filed: $3,565.67 Voided on 05/18/2017 | 7100-004 | | 3,289.66 | 46,525.49 |
| 05/18/2017 | 114 | Department Store National Bank | Distribution payment - Dividend paid at 92.26% of $3,565.67; Claim # 8; Filed: $3,565.67 Voided: check issued on 05/18/2017 | 7100-004 | | -3,289.66 | 49,815.15 |
| 05/18/2017 | 115 | Capital Recovery V, LLC | Distribution payment - Dividend paid at 92.26% of $12,786.03; Claim # 9; Filed: $12,786.03 Voided on 05/18/2017 | 7100-004 | | 11,796.30 | 38,018.85 |
| 05/18/2017 | 115 | Capital Recovery V, LLC | Distribution payment - Dividend paid at 92.26% of $12,786.03; Claim # 9; Filed: $12,786.03 Voided: check issued on 05/18/2017 | 7100-004 | | -11,796.30 | 49,815.15 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                        ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 15-32834 | | Trustee Name: | David R. Brown (330580) |
| Case Name: | CVORAK, MILANKA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | | Blanket Bond (per case limit): | $77,173,558.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 116 | Capital Recovery V, LLC | Distribution payment - Dividend paid at 92.26% of $1,516.31; Claim # 10; Filed: $1,516.31 Voided on 05/18/2017 | 7100-004 | | 1,398.94 | 48,416.21 |
| 05/18/2017 | 116 | Capital Recovery V, LLC | Distribution payment - Dividend paid at 92.26% of $1,516.31; Claim # 10; Filed: $1,516.31 Voided: check issued on 05/18/2017 | 7100-004 | | -1,398.94 | 49,815.15 |
| 05/18/2017 | 117 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 92.26% of $4,600.00; Claim # 12; Filed: $4,600.00 Voided on 05/18/2017 | 7100-004 | | 4,243.93 | 45,571.22 |
| 05/18/2017 | 117 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 92.26% of $4,600.00; Claim # 12; Filed: $4,600.00 Voided: check issued on 05/18/2017 | 7100-004 | | -4,243.93 | 49,815.15 |
| 05/18/2017 | 118 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $28.97; Claim # AE; Filed: $28.97 | 3120-000 | | 28.97 | 49,786.18 |
| 05/18/2017 | 119 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $5,750.00; Claim # FEE; Filed: $5,750.00 | 2100-000 | | 5,750.00 | 44,036.18 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-32834 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | CVORAK, MILANKA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 120 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $7.60; Claim # TE; Filed: $7.60 | 2200-000 | | 7.60 | 44,028.58 |
| 05/18/2017 | 121 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $9,653.50; Claim # ; Filed: $9,653.50 | 3110-000 | | 9,653.50 | 34,375.08 |
| 05/18/2017 | 122 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 34,025.08 |
| 05/18/2017 | 123 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $1,222.14; Claim # 1; Filed: $1,222.14 | 7100-000 | | 1,127.54 | 32,897.54 |
| 05/18/2017 | 124 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $1,032.69; Claim # 2; Filed: $1,032.69 | 7100-000 | | 952.75 | 31,944.79 |
| 05/18/2017 | 125 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $1,222.90; Claim # 3; Filed: $1,222.90 | 7100-000 | | 1,128.24 | 30,816.55 |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 15-32834 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | CVORAK, MILANKA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 126 | Von Maur, Inc. | Distribution payment - Dividend paid at 92.26% of $3,696.98; Claim # 4; Filed: $3,696.98 | 7100-000 | | 3,410.81 | 27,405.74 |
| 05/18/2017 | 127 | Capital One, N.A. | Distribution payment - Dividend paid at 92.26% of $1,802.74; Claim # 5; Filed: $1,802.74 | 7100-000 | | 1,663.20 | 25,742.54 |
| 05/18/2017 | 128 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 92.26% of $149.21; Claim # 6; Filed: $149.21 | 7100-000 | | 137.66 | 25,604.88 |
| 05/18/2017 | 129 | Citibank, N.A. | Distribution payment - Dividend paid at 92.26% of $5,285.17; Claim # 7; Filed: $5,285.17 | 7100-000 | | 4,876.06 | 20,728.82 |
| 05/18/2017 | 130 | Department Store National Bank | Distribution payment - Dividend paid at 92.26% of $3,565.67; Claim # 8; Filed: $3,565.67 | 7100-000 | | 3,289.66 | 17,439.16 |
| 05/18/2017 | 131 | Capital Recovery V, LLC | Distribution payment - Dividend paid at 92.26% of $12,786.03; Claim # 9; Filed: $12,786.03 | 7100-000 | | 11,796.30 | 5,642.86 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

| | | | | Exhibit 9 |
|---|---|---|---|---|
| | | Form 2 | | Page: 10 |

## Cash Receipts And Disbursements Record

| Case No.: | 15-32834 | | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | CVORAK, MILANKA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9466 | | Account #: | ******8666 Checking Account |
| For Period Ending: | 07/07/2017 | | Blanket Bond (per case limit): | $77,173,558.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 132 | Capital Recovery V, LLC | Distribution payment - Dividend paid at 92.26% of $1,516.31; Claim # 10; Filed: $1,516.31 | 7100-000 | | 1,398.94 | 4,243.92 |
| 05/18/2017 | 133 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 92.26% of $4,600.00; Claim # 12; Filed: $4,600.00 | 7100-000 | | 4,243.92 | 0.00 |
| | | | COLUMN TOTALS | | 50,000.00 | 50,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 50,000.00 | 50,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $50,000.00 | $50,000.00 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 11

| | | | |
|---|---|---|---|
| **Case No.:** | 15-32834 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | CVORAK, MILANKA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9466 | **Account #:** | ******8666 Checking Account |
| **For Period Ending:** | 07/07/2017 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******8666 Checking Account | $50,000.00 | $50,000.00 | $0.00 |
| | **$50,000.00** | **$50,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)